1  Ryan Lee, Esq. (SBN 235879)
   rlee@consumerlawcenter.com
2  Matthew A. Rosenthal (SBN 279334)
   mrosenthal@consumerlawcenter.com
3  Krohn & Moss, Ltd.
   10474 Santa Monica Blvd., Suite 405
4  Los Angeles, CA  90025
   T: (323) 988-2400; F: (866) 861-1390
5  Attorneys for Plaintiff,
6  WALTER WOODWORTH

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WALTER WOODWORTH,  </br>            Plaintiff,  </br>     v.  </br>  GC SERVICES, LP ,  </br>            Defendant. | **Case No.: 8:14-cv-01030-AN**  </br>  </br> NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, WALTER WOODWORTH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                    Respectfully Submitted,

Dated: 08/11/2014          KROHN & MOSS LTD

                           /s/ Ryan Lee
                           Ryan Lee, Esq.
                           Attorney for Plaintiff,
                           WALTER WOODWORTH

1
_____
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on August 11, 2014, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee   _
      Ryan Lee, Esq.