# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 14-01030 AN                    Date August 12, 2014

Title: Walter Woodworth v. GC Services, LP

Present: The Honorable Arthur Nakazato

| Ivette Gomez | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

none                                                                            none

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within ____60____ days.
   Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer ____ig____