Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 861-1390
WALTER WOODWORTH

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WALTER WOODWORTH, | Case No.: 8:14-cv-01030-AN |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| GC SERVICES, LP., | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, WALTER WOODWORTH, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 29, 2014                                    KROHN & MOSS, LTD.


                                                                                    By: /s/ Ryan Lee, Esq.
                                                                                    Ryan Lee, Esq.
                                                                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to Carlos Ortiz, Attorney for Defendant at the address listed below via the USPS.

> Carlos Ortiz
> Hinshaw & Culbertson LLP
> 222 North LaSalle Street, Suite 300
> Chicago IL 60601-1081

By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq